IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                              No. CIV S-03-2438 FCD PAN

    vs.

DONNA L. BROOKS,

    Defendant and
    Judgment Debtor.                        <u>ORDER</u>

EMPLOYMENT DEVELOPMENT
DEPARTMENT,

    Garnishee.

_____/

        On July 27, 2006, plaintiff filed a notice of completion of bankruptcy proceeding and termination of automatic stay and requested the court re-schedule a hearing on defendant's May 26, 2005 request for a hearing on her claims of exemption. Good cause appearing, plaintiff's request will be granted and a garnishment hearing will be rescheduled.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Defendant's request for hearing was granted by order filed June 3, 2005. Defendant's claims of exemption and any other related matters shall be heard Thursday, September 7, 2006, at 11:00 a.m. in Courtroom #25 before the undersigned.

2. Donna L. Brooks shall appear at the date and time set forth in paragraph no. 1 above.

3. The Clerk of the Court is directed to send a copy of this order to Donna L. Brooks, 8284 Branchoak Court, Elk Grove, CA  95758.

DATED: August 3, 2006.

UNITED STATES MAGISTRATE JUDGE

/001; brooks.gar