IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,                    No. CIV S-03-2438 FCD EFB

      vs.

DONNA L. BROOKS, individually and as Trustee of the DONNA L. BROOKS/TRUST and DONNA L. BROOKS/TRUST,

       Defendants.                <u>ORDER</u>

      Pursuant to 28 U.S.C. § 455(a), the undersigned disqualifies himself from participating in this matter. The Clerk of the court shall reassign this case to another Magistrate Judge for all further proceedings, notify the parties, and make appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

      IT IS SO ORDERED.

DATED: August 30, 2006.

                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE