IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES,

     Plaintiff,                          No. CIV S-03-2438 FCD KJM

    vs.

DONNA L. BROOKS,

     Defendant.                      ORDER

_____/

        Defendant's request for a garnishment hearing came on for hearing April 11, 2007. Assistant U.S. Attorney Bobbie Montoya appeared for plaintiff. Defendant Donna Brooks appeared *pro se*. Upon review of the documents filed in connection with the request for a garnishment hearing, having discussed the matter with the parties, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. Ms. Brooks shall file with the court, no later than April 27, 2007, an affidavit, made under the penalty of perjury, providing the following information: (a) the status of her employment with the Employment Development Department, including the date of her anticipated separation; (b) the nature of her disability (for example, temporary, permanent, permanent partial) and its anticipated duration; (c) a detailed description of all sources of income, including amount and payor, from March 23, 2007 to the date of the filing of the affidavit; and

1

1  (d) a detailed description of all anticipated future sources of income, from the date of the filing of
2  the affidavit forward.  If Ms. Brooks is unable to sign her affidavit, she may apply a mark (in the
3  form of an "X") at the signature line for the affidavit to indicate her verification of the affidavit's
4  contents.  If Ms. Brooks applies a mark, she shall arrange for a witness to observe her doing so,
5  and the witness thereafter shall confirm the application of the mark with the following statement
6  transcribed beneath the mark, and by signing and dating the statement: "I declare under penalty
7  of perjury that on this day I have witnessed Donna L. Brooks apply her mark in lieu of her
8  signature to the foregoing affidavit."

9  2. Counsel for the government may supplement its filing of March 28, 2007 in
10 response to Ms. Brooks' representations made at hearing, with any such filing to be made by
11 April 27, 2007.

12 3. Upon the filings provided for above, the matter shall stand submitted.
13 DATED: April 11, 2007.

_____
U.S. MAGISTRATE JUDGE

006
henson2.oah