IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES,

      Plaintiff,                                No. CIV S-03-2438 FCD  KJM

    vs.

DONNA L. BROOKS,

      Defendant.                             <u>ORDER</u>

/

The court is in receipt of a letter from defendant enclosing a blank financial statement previously provided to her by plaintiff to facilitate defendant's response to the court's April 12, 2007 order requiring an affidavit regarding defendant's financial situation.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to file and docket defendant's April 13, 2007 handwritten letter.

2. The Clerk of Court is further directed to send defendant the blank financial statement enclosed in plaintiff's April 13, 2007 letter.

3. No later than May 4, 2007, defendant shall fill out the financial statement form with the required information and sign the document under penalty of perjury.

DATED: April 24, 2007.

                                                  U.S. MAGISTRATE JUDGE

006/brooks.epc

1