IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIV S-03-2438-FCD-KJM |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING PLAINTIFF'S |
| | ) | REQUEST FOR ADDITIONAL TIME FOR |
| v. | ) | FURTHER SUPPLEMENTATION |
| | ) | |
| DONNA L. BROOKS, | ) | |
| | ) | |
| Defendant and. | ) | |
| Judgment Debtor. | ) | |
| _____ | ) | |
| | ) | |
| EMPLOYMENT DEVELOPMENT | ) | |
| DEPARTMENT, | ) | |
| | ) | |
| Garnishee. | ) | |
| _____ | ) | |

Plaintiff United States of America requests additional time to provide the Court with further

supplementation to its March 28, 2007 filing in response to defendant and judgment debtor Donna L.

Brooks' ("Brooks") representations at the April 11, 2007 hearing, with reliable information after it

investigates and clears up unresolved issues concerning Brooks' disability retirement process.

Plaintiff's request is hereby GRANTED.  Such filing is to be made by May 11, 2007.

IT IS SO ORDERED.

DATED:  May 2, 2007.

_____
U.S. MAGISTRATE JUDGE

1